**Order filed March 8, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00598-CV**

_____

**CHARLES LI AND FENG YANG, Appellants**

**V.**

**NUITH IRERI NUNEZ AND MARIO S. BASIL, Appellees**

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2020-57390

## O R D E R

Appellants' brief was due February 22, 2022**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **April 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.